UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 08 CR 645 |
| vs. | Magistrate Judge Michael T. Mason |
| KEVIN LAMAS, DENNIS ZAMBRANO and HUGH FERNANDO ZAMBRANO | |

### ORDER

The UNITED STATES OF AMERICA by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to Seal Arrest Warrants, and having demonstrated good cause in support of its motion, specifically, that disclosure of these materials would jeopardize the investigation by causing a risk of flight to avoid prosecution.

IT IS HEREBY ORDERED THAT the Arrest Warrants, Motion to Seal and Order be kept under seal for 30 days from the date of this Order, until September 10, 2008, or until the defendants' arrests.

ENTER:

*[signature]*
Michael T. Mason
United States Magistrate Judge

DATE: August 13, 2008

3