# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 645 - 2 | **DATE** | 8/14/2008 |
| **CASE TITLE** | USA vs. Dennis Zambrano | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 8/13/08. Defendant informed of his rights. The Court appoints Laurence J Bolon as counsel for the defendant. Government and defendant agree to certain conditions of release. Defendant Dennis Zambrano to be released after processing based on the agreement between parties as stated in open court. Status hearing set for 8/21/08 at 11:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | rbf |
|---|---|---|

3cc USM