**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS

FILED
AUG 14 2008

MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

In the Matter of   U.S.A.   v.   Kevin Lamas

Case Number: 08CR645

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Dennis Zambrano

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Laurence J. Bolon | NAME |
| FIRM | FIRM |
| STREET ADDRESS: 19 S. LaSalle St., Suite 1500 | STREET ADDRESS |
| CITY/STATE/ZIP: Chicago, IL 60603 | CITY/STATE/ZIP |
| TELEPHONE NUMBER: (312) 782-1272 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER: 00248398 | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
|  | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |