# UNITED STATES DISTRICT COURT

NORTHERN _____ DISTRICT OF _____ ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

KEVIN LAMAS,
DENNIS ZAMBRANO and
HUGH FERNANDO ZAMBRANO

**UNDER SEAL**

**WARRANT FOR ARREST**

**CASE NUMBER:** 08 CR 645

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DENNIS ZAMBRANO _____
                                                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

___Indictment    ___Information    _X_Complaint    ___Order of court    ___Violation Notice    ___Probation Violation Petition

charging him or her with    (brief description of offense)

taking and carring away, with intent to steal or purloin, money of value exceeding $1,000, namely, $272,865 in United States Currency, belonging to, or in the care, custody, control, management, or possession of the JP Morgan Chase Bank, 45 Green Bay Road in Glencoe, Illinois, the proceeds of which were then insured by the FDIC,

in violation of Title ___18___ United States Code, Section(s) ___2113(b)___

Hon. Michael T. Mason

Signature of Issuing Officer

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                                                        Name of Judicial Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

Date and Location

**F I L E D**
8-14-08
AUG 1 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 3471 N. Elston, Chicago IL | | |
| DATE RECEIVED 08/13/2008 | NAME AND TITLE OF ARRESTING OFFICER Mark J. Prejsnar Special Agent - FBI | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 08/13/2008 | | |