## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 645 - 2 | **DATE** | 8/19/2008 |
| **CASE TITLE** | USA vs. Dennis Zambrano | | |

**DOCKET ENTRY TEXT**

Status hearing set for 8/21/08 is stricken. The Court has been advised telephonically by defendant's attorney, Laurence J Bolon, that Dennis Zambrano waives his right to a preliminary examination. Order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rbf |
|---|---|---|